| PROB 22 (Rev. 04/17) TRANSFER OF JURISDICTION | | | DOCKET NUMBER *(Tran. Court)* 6:11CR00092-001 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* B-19-663 |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Cesar Mendoza-Hernandez | DISTRICT Eastern District of Texas | | DIVISION Tyler Division |
| | NAME OF SENTENCING JUDGE U.S. District Judge Leonard Davis | | |
| | NAME OF REASSIGNED JUDGE U.S. District Judge Jeremy D. Kernodle | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM December 28, 2018 | TO December 27, 2021 |

United States District Court
Southern District of Texas
ENTERED
AUG 29 2019
David J. Bradley, Clerk of Court

OFFENSE

Criminal Alien Found Unlawfully Present in the United States After Deportation

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Eastern District of Texas"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Texas upon that Court's order of acceptance of jurisdiction.

July 8, 2019
*Date*

*U.S. District Judge Jeremy D. Kernodle*

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7-12-2019
*Effective Date*

*United States District Judge*

**Fernando Rodriguez, Jr.**

FILED CLERK U.S. DISTRICT COURT 2011 SEP 15 PM 3:56 TEXAS EASTERN BY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 6:11-CR-92 LED/JKG |
| | § | JUDGE DAVIS |
| CESAR MENDOZA-HERNANDEZ | § | |

**INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

**Count One**

VIOLATION: 8 U.S.C. § 1326(a) & (b)(2)
(Criminal Alien Found unlawfully present in the United States After Deportation)

On or about August 17, 2011, in the Eastern District of Texas, the defendant **Cesar Mendoza-Hernandez**, an alien, who had previously been deported and removed from the United States, knowingly and unlawfully was found present in the United States, that is, in Gregg County, Texas, said defendant having not obtained the consent of the Secretary for Homeland Security to reapply for admission into the United States, all in violation of 8 U.S.C. § 1326(a) & (b)(2).

A TRUE BILL

GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

Allen H. Hurst
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)
Bar Card No. 10313280

Sept 15, 2011
Date

# NOTICE OF PENALTY

## Count One

| | |
|---|---|
| Violation: | 8 U.S.C. § 1326(a) & (b)(2) (Criminal Alien Found unlawfully present in the United States after deportation) |
| Penalty: | A fine of not more than $250,000; imprisonment for not more than 20 years; a term of supervised release of not more than 3 years. |
| Special Assessment: | $100.00 |

AO 245B (Rev. 09/08) Judgment in a Criminal Case
Sheet 1

# United States District Court

EASTERN DISTRICT OF TEXAS

Tyler

UNITED STATES OF AMERICA
V.
CESAR MENDOZA-HERNANDEZ

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 6:11CR00092-001

USM Number: 33674-077

Ken Hawk
Defendant's Attorney

**THE DEFENDANT:**

☑ pleaded guilty to count(s) 1 OF THE INDICTMENT

☐ pleaded nolo contendere to count(s) ______
which was accepted by the court.

☐ was found guilty on count(s) ______
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 USC § 1326(a) &(b)(2) | Criminal Alien Found Unlawfully Present in the United States After Deportation | 09/28/2011 | 1 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) ______

☐ Count(s) ______ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

5/1/2012
Date of Imposition of Judgment

Signature of Judge

Leonard Davis
Chief US District Judge
Name and Title of Judge

5/3/12
Date

DEFENDANT: CESAR MENDOZA-HERNANDEZ
CASE NUMBER: 6:11CR00092-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 96 MONTHS

☑ The court makes the following recommendations to the Bureau of Prisons:

Defendant be designated to FCI Fort Worth, TX, if eligible.
Defendant participate in a Substance Abuse Treatment Program, if eligible.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at ______________ ☐ a.m. ☐ p.m. on ______________________ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on ____________________ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on __________________________ to ______________________________

at ___________________________, with a certified copy of this judgment.

______________________________
UNITED STATES MARSHAL

By ______________________________
DEPUTY UNITED STATES MARSHAL

DEFENDANT: CESAR MENDOZA-HERNANDEZ
CASE NUMBER: 6:11CR00092-001

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of : 3 YEARS

As a condition of supervised release, immediately upon release from confinement, the defendant shall be surrendered to a duly authorized immigration official for deportation proceedings in accordance with the established procedures provided by the Immigration and Nationality Act, 8 U.S.C. § 1101, et seq. If ordered deported, the defendant shall remain outside of the United States. In the event the defendant is not deported, or for any reason re-enters the country after having been deported, the defendant shall comply with all conditions of supervised release, to include reporting to the nearest U.S. Probation Office within 72 hours of release by immigration officials or re-entry into the country.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☑ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☑ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq* .) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. (Check. if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: CESAR MENDOZA-HERNANDEZ
CASE NUMBER: 6:11CR00092-001

## Continuation page

The defendant shall provide the probation officer with access to any requested financial information for purposes of monitoring his ability to obtain and maintain lawful employment.

The defendant shall participate in a program of testing and treatment for drug abuse, under the guidance and direction of the U.S. Probation Office, until such time as the defendant is released from the program by the probation officer.

DEFENDANT: CESAR MENDOZA-HERNANDEZ
CASE NUMBER: 6:11CR00092-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 100.00 | $ 0.00 | $ 0.00 |

☐ The determination of restitution is deferred until ______. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| TOTALS | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ ______________

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: CESAR MENDOZA-HERNANDEZ
CASE NUMBER: 6:11CR00092-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A ☑ Lump sum payment of $ 100.00 due immediately, balance due

☐ not later than ____________, or
☐ in accordance ☐ C, ☐ D, ☐ E, or ☐ F below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal ________ (e.g., weekly, monthly, quarterly) installments of $ ________ over a period of ________ (e.g., months or years), to commence ________ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal ________ (e.g., weekly, monthly, quarterly) installments of $ ________ over a period of ________ (e.g., months or years), to commence ________ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within ________ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to: the U.S. District Court, Fine & Restitution, 1910 E SE Loop 323 No 287, Tyler, TX 75701

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

CLOSED

**U.S. District Court**
**Eastern District of TEXAS [LIVE] (Tyler)**
**CRIMINAL DOCKET FOR CASE #: 6:11-cr-00092-JDK-JDL-1**

Case title: USA v. Mendoza-Hernandez

Date Filed: 09/15/2011
Date Terminated: 05/03/2012

---

Assigned to: District Judge Jeremy D. Kernodle
Referred to: Magistrate Judge John D. Love

**Defendant (1)**

**Cesar Mendoza-Hernandez**
*TERMINATED: 05/03/2012*

represented by **Kenneth Robert Hawk , II**
Federal Public Defender
110 North College
Suite 1122
Tyler, TX 75702
903-531-9233
Fax: 903-531-9625
Email: ken_hawk@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

CRIMINAL ALIEN FOUND UNLAWFULLY PRESENT IN THE UNITED STATES AFTER DEPORTATION
(1)

**Disposition**

Imprisonment for a term of 96 Months; Fine Waived; $100 Special Assessment; 3 Years Supervised Release. Dft advised of right to appeal. Dft REMANDED TO USM.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints** | **Disposition**

None

**Plaintiff**

**USA** represented by **Allen Harvey Hurst**
US Attorney's Office
110 N College
Suite 700
Tyler, TX 75702
903/590-1400
Fax: 9035901439
Email: allen.hurst@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/15/2011 | 1 | INDICTMENT as to Cesar Mendoza-Hernandez (1) count(s) 1. (gsg) (Entered: 09/16/2011) |
| 09/15/2011 | 3 | E-GOV SEALED Form AO 257 filed as to Cesar Mendoza-Hernandez (gsg) (Entered: 09/16/2011) |
| 09/26/2011 | | NOTICE OF HEARING as to Cesar Mendoza-Hernandez Initial Appearance set for 9/28/2011 04:00 PM in Ctrm 353 (Tyler) before Magistrate Judge Judith K. Guthrie. (tlh, ) (Entered: 09/26/2011) |
| 09/28/2011 | 5 | Minute Entry for proceedings held before Magistrate Judge Judith K. Guthrie: Allen Hurst for USA; Ken Hawk for Dft. Initial Appearance as to Cesar Mendoza-Hernandez held on 9/28/2011. Arraignment Waived. Dft remanded to custody of USM. Court Reporter T. Hoskins. (gsg) (Entered: 09/29/2011) |
| 09/28/2011 | | Arrest of Cesar Mendoza-Hernandez (gsg) (Entered: 09/29/2011) |
| 09/28/2011 | 6 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Cesar Mendoza-Hernandez. Signed by Magistrate Judge Judith K. Guthrie on 11/28/2011. (gsg) (Entered: 09/29/2011) |
| 09/28/2011 | 7 | WAIVER of Detention Hearing Hearing by Cesar Mendoza-Hernandez (gsg) (Entered: 09/29/2011) |
| 09/28/2011 | 8 | ORDER OF DETENTION as to Cesar Mendoza-Hernandez. The defendant waived his right to a detention hearing. Signed by Magistrate Judge Judith K. Guthrie on 9/28/2011. (gsg) (Entered: 09/29/2011) |
| 09/28/2011 | 9 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Cesar Mendoza-Hernandez (gsg) (Entered: 09/29/2011) |

| | | |
|---|---|---|
| 09/28/2011 | 10 | ORDER as to Cesar Mendoza-Hernandez. Plea Agreement due by 10/31/2011 at 3:00 pm. Jury Selection set for 11/8/2011 at 09:00 AM in Ctrm 361 (Tyler) before Judge Leonard Davis. Jury Trial set for 11/8/2011 at 09:00 AM in Ctrm 361 (Tyler) before Judge Leonard Davis. Pretrial Conference set for 11/8/2011 at 09:00 AM in Ctrm 361 (Tyler) before Judge Leonard Davis. Signed by Magistrate Judge Judith K. Guthrie on 9/28/2011. (gsg) (Entered: 09/29/2011) |
| 09/28/2011 | 11 | ORDER RELATING TO DEFENSES, OBJECTIONS, OR REQUESTS OF DEEFENDANT Cesar Mendoza-Hernandez. Signed by Magistrate Judge Judith K. Guthrie on 9/28/2011. (gsg) (Entered: 09/29/2011) |
| 09/28/2011 | 12 | ORDER RELATING TO PRETRIAL DISCOVERY & INSPECTION as to Cesar Mendoza-Hernandez. Signed by Magistrate Judge Judith K. Guthrie on 9/28/2011. (gsg) (Entered: 09/29/2011) |
| 09/28/2011 | 13 | E-GOV SEALED Arrest Warrant Returned Executed on 9/28/2011 in case as to Cesar Mendoza-Hernandez. (gsg) (Entered: 09/30/2011) |
| 10/31/2011 | 14 | NOTICE OF PLEA AGREEMENT as to Cesar Mendoza-Hernandez. *Notice of Intention to Change Plea (no written plea agreement)* (Hurst, Allen) (Entered: 10/31/2011) |
| 11/01/2011 | | NOTICE OF HEARING as to Cesar Mendoza-Hernandez Change of Plea Hearing set for 11/8/2011 01:30 PM in Ctrm 207 (Tyler) before Magistrate Judge John D. Love. (srg) (Entered: 11/01/2011) |
| 11/07/2011 | 15 | ELEMENTS of the Offense by USA as to Cesar Mendoza-Hernandez (Hurst, Allen) (Entered: 11/07/2011) |
| 11/08/2011 | 16 | REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE on Plea of Guilty as to Cesar Mendoza-Hernandez. Signed by Magistrate Judge John D. Love on 11/8/2011. (gsg) (Entered: 11/08/2011) |
| 11/08/2011 | 17 | Minute Entry for proceedings held before Magistrate Judge John D. Love: Jim Noble for Allen Hurst for USA; Ken Hawk for Dft. Change of Plea Hearing as to Cesar Mendoza-Hernandez held on 11/8/2011. Plea entered by Cesar Mendoza-Hernandez (1) Guilty Count 1. No plea agreement. Court Reporter M. Morris. (gsg) (Entered: 11/09/2011) |
| 11/08/2011 | 18 | CONSENT to Administration of Guilty Plea and Fed.R.Crim.P.11 Allocution by U.S. Magistrate Judge by Cesar Mendoza-Hernandez (gsg) (Entered: 11/09/2011) |
| 11/08/2011 | 19 | Factual Resume by USA as to Cesar Mendoza-Hernandez. (gsg) (Entered: 11/09/2011) |
| 11/29/2011 | 20 | ORDER ADOPTING REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE as to Cesar Mendoza-Hernandez for 16 Report and Recommendations on Guilty Plea. Signed by Judge Leonard Davis on 11/29/2011. (gsg) (Entered: 11/29/2011) |

| | | |
|---|---|---|
| 12/15/2011 | 22 | MOTION for Psychiatric Exam by Cesar Mendoza-Hernandez. (Attachments: # 1 Text of Proposed Order)(Hawk, Kenneth) (Entered: 12/15/2011) |
| 12/16/2011 | 23 | ORDER granting 22 Motion for Psychiatric Exam as to Cesar Mendoza-Hernandez (1). Signed by Magistrate Judge John D. Love on 12/16/2011. (gsg) (Entered: 12/16/2011) |
| 03/05/2012 | 24 | SEALED Psychiatric Report Received (Sealed) as to Cesar Mendoza-Hernandez (mjm, ) (Entered: 03/06/2012) |
| 03/06/2012 | | ELECTRONIC NOTICE OF HEARING as to Cesar Mendoza-Hernandez. Competency Hearing set for 3/7/2012 02:30 PM before Magistrate Judge John D. Love. (mjm) (Entered: 03/06/2012) |
| 03/06/2012 | | AMENDED NOTICE OF HEARING as to Cesar Mendoza-Hernandez Competency Hearing set for 3/20/2012 01:30 PM in Ctrm 207 (Tyler) before Magistrate Judge John D. Love. (srg) (Entered: 03/06/2012) |
| 03/20/2012 | 25 | Minute Entry for proceedings held before Magistrate Judge John D. Love:Competency Hearing as to Cesar Mendoza-Hernandez held on 3/20/2012. The Court finds defendant competent to stand trial. (Court Reporter Mechele Morris) (mjm) (Entered: 03/20/2012) |
| 03/23/2012 | 27 | SEALED PSI - SENTENCING RECOMMENDATION as to Cesar Mendoza-Hernandez (Attachments: # 1 Supplement Indictment and Judgment, # 2 Supplement Enhancement Penalties Memo)(ks) (Entered: 03/23/2012) |
| 03/30/2012 | | NOTICE OF HEARING as to Cesar Mendoza-Hernandez **Sentencing set for 5/1/2012 10:15 AM before Judge Leonard Davis.** (cwk) (Entered: 03/30/2012) |
| 05/01/2012 | 28 | Minute Entry for proceedings held before Judge Leonard Davis:**Sentencing held on 5/1/2012 for Cesar Mendoza-Hernandez** (1), Count(s) 1, Imprisonment for a term of 96 Months; Fine Waived; $100 Special Assessment; 3 Years Supervised Release. Dft advised of right to appeal. Dft REMANDED TO USM. (Court Reporter Shea Sloan.) (cwk) (Entered: 05/01/2012) |
| 05/03/2012 | 29 | JUDGMENT as to Cesar Mendoza-Hernandez (1), Count(s) 1, Imprisonment for a term of 96 Months; Fine Waived; $100 Special Assessment; 3 Years Supervised Release. Dft advised of right to appeal. Dft REMANDED TO USM. Signed by Judge Leonard Davis on 5/3/12. (mjc, ) (Entered: 05/03/2012) |
| 05/03/2012 | 30 | SEALED Statement of Reasons re 29 Judgment. (mjc, ) (Entered: 05/03/2012) |
| 05/04/2012 | 31 | NOTICE OF APPEAL. (Hawk, Kenneth) (Entered: 05/04/2012) |
| 06/22/2012 | 32 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Sentencing Proceedings as to Cesar Mendoza-Hernandez held on 5/1/12 before Judge |

| | | |
|---|---|---|
| | | Leonard Davis. Court Reporter: Shea Sloan, shea_sloan@txed.uscourts.gov.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/16/2012. Redacted Transcript Deadline set for 7/26/2012. Release of Transcript Restriction set for 9/24/2012. (sms, ) (Entered: 06/22/2012) |
| 06/26/2012 | 33 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of CHANGE OF PLEA as to Cesar Mendoza-Hernandez held on 11/8/11 before Judge John D. Love. Court Reporter/Transcriber: Exceptional Reporting Services, Inc.,Telephone number: (361) 949-2988. (19 Pages)<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/20/2012. Redacted Transcript Deadline set for 7/30/2012. Release of Transcript Restriction set for 9/27/2012. (tja, ) (Entered: 06/26/2012) |
| 07/17/2012 | | Certified the electronic record on appeal to the Fifth Circuit USCA. (mjc, ) (Entered: 07/17/2012) |
| 08/16/2012 | | REQUEST for Record on Appeal by the Office of the Federal Defender re: Cesar Mendoza-Hernandez (pkb, ) (Entered: 08/22/2012) |
| 08/22/2012 | | Release of 1 vol record on appeal and 1 envelope containing sealed documents to the Office of the Federal Defender pursuant to 8/16/12 request. (pkb, ) (Entered: 08/22/2012) |
| 09/20/2012 | 35 | MOTION to Seal Document by Cesar Mendoza-Hernandez. (Attachments: # 1 Text of Proposed Order)(Hawk, Kenneth) (Entered: 09/20/2012) |
| 09/21/2012 | 37 | ORDER granting 35 Motion to Seal Document as to Cesar Mendoza-Hernandez (1). Signed by Magistrate Judge John D. Love on 9/21/12. (mjc, ) |

| | | |
|---|---|---|
| | | (Entered: 09/21/2012) |
| 09/24/2012 | 38 | Judgment Returned Executed as to Cesar Mendoza-Hernandez on 7/24/2012. (mjc, ) (Entered: 09/24/2012) |
| 04/29/2013 | 41 | MANDATE of USCA (certified copy) as to Cesar Mendoza-Hernandez re 31 Notice of Appeal. Appeal is dismissed as frivolous. Issued as mandate 4/25/2013. (Attachments: # 1 Cover Letter)(mjc, ) (Entered: 04/30/2013) |
| 09/06/2013 | 42 | *****DOCUMENT FILED IN ERROR. PLEASE DISREGARD.*****Correspondence from Cesar Mendoza-Hernandez. (mjc, ) Modified on 9/16/2013 (mjc, ). (Entered: 09/13/2013) |
| 09/06/2013 | 43 | MOTION for Credit for Time Served by Cesar Mendoza-Hernandez. (mjc, ) (Entered: 09/16/2013) |
| 10/24/2013 | 45 | ORDER denying 43 Motion for Credit for Time Served as to Cesar Mendoza-Hernandez (1). Defendant's request for good conduct time is denied as moot. Signed by Judge Leonard Davis on 10/23/13. (mjc, ) (Entered: 10/24/2013) |
| 07/02/2019 | | Judge update in case as to Cesar Mendoza-Hernandez. District Judge Jeremy D. Kernodle added. Judge Leonard Davis no longer assigned to case. (mjc, ) (Entered: 07/02/2019) |
| 08/29/2019 | 49 | Supervised Release Jurisdiction Transferred to Southern District of Texas as to Cesar Mendoza-Hernandez. Transmitted Transfer of Jurisdiction form with Indictment, Judgment and docket sheet. (mjc, ) (Entered: 08/29/2019) |